PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00230-DAD |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| CARLOS ARANDA and DANIEL HUNT, | DATE: February 28, 2023 TIME: 9:30 a.m. COURT: Hon. Dale A. Drozd |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendants Carlos Aranda and Daniel Hunt, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status hearing on February 28, 2023.

2.      By this stipulation, the defendants now move to continue the hearing until April 25, 2023, and to exclude time between February 28, 2023, and April 25, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      On December 13, 2022, the government has produced approximately 33 gigabytes of data in discovery associated with this case, which includes over 2,000 pages of documents, as well as video files.

b)      On February 3, 2023, the government produced approximately 25 gigabytes of

1    data in additional discovery associated with this case, which includes documents, as well as the

2    extract of one or more electronic devices.

3        c)      Counsel for the defendants desire additional time to review and analyze this

4    discovery, discuss proposed resolutions with their clients, explore potential defenses, and

5    otherwise prepare for trial.

6        d)      Counsel for the defendants believe that failure to grant the above-requested

7    continuance would deny them the reasonable time necessary for effective preparation, taking into

8    account the exercise of due diligence.

9        e)      The government does not object to the continuance.

10       f)      Based on the above-stated findings, the ends of justice served by continuing the

11    case as requested outweigh the interest of the public and the defendants in a trial within the

12    original date prescribed by the Speedy Trial Act.

13       g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14    et seq., within which trial must commence, the time period of February 28, 2023, to April 25,

15    2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code

16    T4] because it results from a continuance granted by the Court at the defendants' request on the

17    basis of the Court's finding that the ends of justice served by taking such action outweigh the

18    best interest of the public and the defendants in a speedy trial.

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 21, 2023                              PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ ELLIOT C. WONG
                                                       ELLIOT C. WONG
                                                       Assistant United States Attorney


Dated:  February 21, 2023                              /s/ KRESTA NORA DALY
                                                       KRESTA NORA DALY
                                                       Counsel for Defendant
                                                       CARLOS ARANDA

Dated:  February 21, 2023                              /s/ DINA LEE SANTOS
                                                       DINA LEE SANTOS
                                                       Counsel for Defendant
                                                       DANIEL HUNT

### ORDER

Pursuant to the stipulation of the parties, the status conference in this action is continued to April 25, 2023, at 9:30 a.m. and time is excluded between February 28, 2023, and April 25, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:   **February 21, 2023**                         _____
                                                       UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME                              3
PERIODS UNDER SPEEDY TRIAL ACT