PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ARANDA and<br>DANIEL HUNT,<br><br>Defendants. | CASE NO. 2:22-CR-00230-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 18, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendants Carlos Aranda and Daniel Hunt, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on July 18, 2023.

2. By this stipulation, the defendants now move to continue the hearing until September 12, 2023, and to exclude time between July 18, 2023, and September 12, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On December 13, 2022, the government has produced approximately 33 gigabytes of data in discovery associated with this case, which includes over 2,000 pages of documents, as well as video files.

   b) On February 3, 2023, the government produced approximately 25 gigabytes of

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

data in additional discovery associated with this case, which includes documents, as well as the extract of one or more electronic devices.

        c)       On April 17, 2023, the government conveyed plea offers to both defendants.

        d)       On June 16, 2023, the government conveyed revised plea offers to both defendants.

        e)       Counsel for the defendants desire additional time to review and analyze this discovery, discuss proposed resolutions with their clients, explore potential defenses, and otherwise prepare for trial.

        f)       Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        g)       The government does not object to the continuance.

        h)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        i)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 18, 2023, to September 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 11, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ KRESTA NORA DALY
KRESTA NORA DALY
Counsel for Defendant
CARLOS ARANDA

/s/ DINA LEE SANTOS
DINA LEE SANTOS
Counsel for Defendant
DANIEL HUNT

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for July 18, 2023, is continued to September 12, 2023, at 9:30 a.m. before the undersigned and time is excluded between July 18, 2023, and September 12, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:  **July 13, 2023**

_____
UNITED STATES DISTRICT JUDGE