DINA L. SANTOS, SBN 204200
Dina L. Santos, A Professional Law Corp.
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for
Daniel Hunt

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL HUNT,<br><br>Defendant | Case No.: 2:22-cr-00230 DAD-2<br><br>STIPULATION AND ORDER TO CONTINUE J&S TO MARCH 26, 2024 AT 9:30 A.M., AND RESET BRIEFING SCHEDULE<br><br>Date:   March 26, 2024<br>Time:  9:30 a.m.<br>Judge: Hon. Drozd |

## STIPULATION

The United States of America through its undersigned counsel, Elliot Wong, Assistant United States Attorney, together with Dina Santos, counsel for Daniel Hunt, hereby stipulate to continue the date for Judgement and sentencing to March 26, 2024 and reset the briefing schedule. Probation has provided the below schedule:

| | |
|---|---|
| **Judgment and Sentencing Date:** | **March 26, 2024** |
| **Reply or Statement of Non-Opposition:** | **March 19, 2024** |
| **Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:** | **March 12, 2024** |
| **The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:** | **March 5, 2024** |

STIPULATION AND ORDER        - 1 -

| | |
|---|---|
| **Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:** | **February 27, 2024** |
| **The drat Presentence Report shall be disclosed to counsel no later than:** | **February 13, 2024** |

**IT IS SO STIPULATED.**

DATED:  January 9, 2024                                  Phillip Talbert
                                                         United States Attorney

                                                          /s/ Elliot Wong
                                                         ELLIOT WONG
                                                         Assistant U.S. Attorney

DATE:  January 9, 2024

                                                          /s/ Dina Santos
                                                         DINA SANTOS
                                                         Attorney for Daniel Hunt

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to defendant Hunt is continued from January 16, 2024 to March 26, 2024 at 9:30 a.m. In addition, the court adopts the remainder of the parties' proposed schedule as to the disclosure of the presentence report and any objections thereto.

IT IS SO ORDERED.

Dated:   **January 9, 2024**                             _Dale A. Drozd_
                                                         DALE A. DROZD
                                                         UNITED STATES DISTRICT JUDGE